**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1359**

_____

In re:  SIDDHANTH SHARMA,

Petitioner.

_____

On Petition for Writ of Mandamus.  (5:22-cv-00059-BO)

_____

Submitted:  April 20, 2022                                        Decided:  May 17, 2022

_____

Before MOTZ, HARRIS, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Siddhanth Sharma, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Siddhanth Sharma petitions for a writ of mandamus seeking an order directing the district court to enter a default judgment. We conclude that Sharma is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795.

The relief sought by Sharma is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus and deny the motions for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*